567 A.2d 1041

**COMMONWEALTH of Pennsylvania**

v.

**Robert MADDEN, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 15, 1989.

Decided Jan. 5, 1990.

John W. Packel, Chief, Appeals Div., Michael J. Kelly, Asst. Defender, Benjamin Lerner, Defender, Leonard N. Sosnov, Philadelphia, for appellant.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Chief, Appeals Div., Karen Grigsby, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM:

Order of Superior Court, 381 Pa.Super. 657, 548 A.2d 640, reversed and Order of Court of Common Pleas of Philadelphia entered January 16, 1987, is hereby reinstated.

LARSEN and McDERMOTT, JJ., dissent.